UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**WILLIAM H. REPLOGLE**
          **PLAINTIFF**

**VS.**            **Civil Action No. 2:06CV163KS-JMR**

**FORD MOTOR COMPANY
AND JOHN DOES 1—5**
          **DEFENDANTS**

**AGREED ORDER AS TO PLAINTIFF'S MAXIMUM RECOVERABLE
DAMAGES AND REMANDING CASE TO THE CIRCUIT COURT
FOR THE SECOND JUDICIAL DISTRICT OF JONES COUNTY, MISSISSIPPI**

    The Court, having been advised that Plaintiff stipulates that his damages in this case do not exceed Seventy-Five Thousand Dollars ($75,000.00), that the Plaintiff stipulates that he will never seek more than Seventy-Five Thousand Dollars ($75,000.00) as damages from Ford Motor Company and/or any related or affiliated entity as a result of the subject matter of this case, that the Plaintiff stipulates that he will never seek to amend the Complaint to seek damages in excess of Seventy-Five Thousand Dollars ($75,000), and that, based on the foregoing stipulations, the Plaintiff and Defendant hereby agree to remand this case to the Circuit Court for the Second Judicial District of Jones County, Mississippi, finds that this case should be remanded to the Circuit Court for the Second Judicial District of Jones County.

    THE COURT, THEREFORE, ORDERS AS FOLLOWS: (1) the Plaintiff's maximum recoverable damages in this case are capped at Seventy-Five Thousand Dollars ($75,000.00); and (2) this matter is remanded to the Circuit Court for the Second Judicial District of Jones County for further proceedings consistent with this order.

    It is expressly understood that by agreeing to the entry of this order, Defendant is not

waiving its position that venue is improper in Jones County and Defendant shall be permitted to pursue its previously filed motion to transfer venue once the case is remanded to the Circuit Court for the Second Judicial District of Jones County.

      ORDERED this the 20th day of July, 2006.

                  *s/ Keith Starrett*
                  UNITED STATES DISTRICT COURT JUDGE


AGREED TO AND STIPULATED BY:

/s/ Norman Gene Hortman, Jr.
NORMAN GENE HORTMAN, JR.
ATTORNEY FOR PLAINTIFF

/s/ Richard M. Dye
RICHARD M. DYE
ATTORNEY FOR DEFENDANT